# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# Clarksburg

IN RE: *Monitronics International, Inc. Telephone Consumer Protection Act Litigation,* 1:13-MD-2493.

**MATTHEW BARGER,**

        Plaintiff,

v.                                  **CIVIL ACTION NO. 1:16-CV-105**
                                         Judge Bailey

**ALLIANCE SECURITY, INC.,**

        Defendants.

## ORDER DISMISSING CASE

On July 25, 2019, this Court entered an Order directing counsel for the plaintiffs to advise this Court within fourteen (14) days whether the plaintiffs wish to proceed in this matter or whether this case may be dismissed without prejudice. [Doc. 478]. To date, plaintiffs have not filed anything further in this case. Accordingly, this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **STRIKE** this matter from the active docket of this Court.

It is so **ORDERED**.

**DATED**: February **25** 2021.

                                                           **JOHN PRESTON BAILEY**
                                                           **UNITED STATES DISTRICT JUDGE**